UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>TREMAINE GRANT,<br>    a/k/a "Trench,"<br>LARON THOMPSON<br>    a/k/a "Hollywood,"<br>MALIK MCKENZIE,<br>    a/k/a "Leaky,"<br>TYQUAIN BOWMAN,<br>    a/k/a "Quando Rondo,"<br>DONALD DAVIS,<br>    a/k/a "Lil D,"<br>TY'SEAN DAVIS<br>    a/k/a "Stro,"<br>CARLOS JOHNSON,<br>    a/k/a "Los,"<br>SAYEED MACK,<br>JARRELL PALMER,<br>    a/k/a "Rel" | CASE NO: 4:23-CR-096 |

## BILL OF PARTICULARS

COMES NOW, the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, hereby files this Bill of Particulars to add certain property subject to forfeiture under the forfeiture provision citing 21 U.S.C. §§ 853 and 881 (Doc. 3) of the above-captioned indictment, more specifically:

- $2,280.00 in U.S. currency;

- $670.00 in U.S. currency;
- 10k custom white gold pendant with the initials "QRN" iced out with 6.12 carats;
- Line necklace of white metal with moissanite round faceted stones;
- 10k two-tone iced out Cuban link bracelet with 13.04 carats total diamonds;
- 10k white and rose gold "Pablo" necklace custom made with photograph 19.12 total carats;
- 10k white gold "iced out" necklace 23.5 inches with 76.42 total carats;
- 10k white gold "Stitch" iced out pendant custom made with total weight of 39.62 carats;
- One (1) 9mm and bag of .22 caliber rounds;
- Two (2) 9mm, one (1) .40 caliber rounds;
- Two (2) 9mm rounds, one (1) 5.7x28 round;
- .45 caliber Walther magazine;
- Three (3) rounds 5.56 ammo, one (1) round of 9mm ammo; and
- AK47 75.20 magazine.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

/s/ *Bradley Thompson*
Bradley Thompson
Assistant United States Attorney
GA Bar No. 706187

P.O. Box 8970
Savannah GA 31412
Bradley.thompson@usdoj.gov
912-652-4422