# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 4:23cr96-3 | **DATE:** March 11, 2024 |
| **UNITED STATES OF AMERICA** | **TIME:** 3:20-4:00 |
| v. | **LOCATION:** Savannah |
| **MALIK MCKENZIE** | |

| | |
|---|---|
| **Judge:** Christopher L. Ray, US Magistrate Judge | **Courtroom Deputy:** James Burrell |
| **Court Reporter:** FTR SAV-CR2 | **Interpreter:** |
| **Probation Officer:** Dixon/Goodroe | **Security:** Anderson |
| **Attorney(s) for Government:** Bradley Thompson | |
| **Attorney(s) for Defendant:** James Garner | |

**PROCEEDINGS:** INITIAL APPEARANCE/ARRAIGNMENT

- [✓] Defendant advised of rights and the government's disclosure obligations
- [✓] Defendant advised of charges and penalties
- [✓] Defendant qualifies for court appointed counsel
- [✓] Not guilty plea entered
- [✓] Scheduling and Discovery Order was discussed and will be filed as a separate entry with specific dates.
- [✓] Government moves for detention:
    - [ ] Defendant waives detention hearing at this time
    - [ ] Detention hearing scheduled for:
    - [ ] Detention hearing held
- [ ] Defendant released on an unsecured Appearance Bond in the amount of _____
- [ ] Defendant released on an Appearance Bond in the amount of _____, secured by _____
- [ ] Defendant released with supervision
- [ ] Defendant detained pending a detention hearing
- [✓] Defendant detained pending trial
- [✓] Defendant remanded to the custody of the US Marshal Service

**ADDITIONAL COMMENTS:**