UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 4:23cr96-3 |
| | ) |
| MALIK MCKENZIE | ) |

## ORDER

Presently pending before the Court is Defendant, Malik Mckenzie's, Motion for Leave of Absence. Doc. 158. The motion and proposed order submitted by the defendant neglected to include defendant, Malik McKenzie's defendant-specific case number as was required by the prior Scheduling Order. *See* docs. 126 at 2 and 156 at 3 ("All motions and responses in multi-defendant cases must include the defendant-specific case number.") Accordingly, the motion is **DENIED** with leave to refile. Doc. 158.

SO ORDERED, this 10th day of April, 2024.

_____
CHRISTOPHER L. RAY
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA