UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 4:23-CR-96-4 |
| | ) | |
| **TYQUIAN BOWMAN** | ) | |
| | ) | |

## GOVERNMENT'S NOTICE OF PLEA AGREEMENT

NOW COMES the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. § 3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the defendant. A copy of the plea agreement has been provided to the Court for its consideration. The Government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

**/s/ Bradley R. Thompson**
Bradley R. Thompson
Assistant United States Attorney
Georgia Bar No. 706187

P.O. Box 8970
Savannah, Ga. 31412
(912) 652-4422

1